# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 1070

VERSUS

MICHAEL RAVY                                          **DECEMBER 22, 2022**

---

In Re:    Michael Ravy, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          87-2-157.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

     **WRIT DENIED.**

                              **JMM**
                              **PMc**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.v*

---
DEPUTY CLERK OF COURT
     FOR THE COURT